UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEREMIAH DESHAUN ST CHARLES HILL,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THE LAKEWOOD POLICE DEPARTMENT,<br><br>　　　　　　Defendant. | CASE NO. C13-6022 RBL-JRC<br><br>ORDER TO SHOW CAUSE |

　　　　The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States Magistrate Judge J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4.

　　　　On December 30, 2013 the Court ordered that plaintiff submit an amended complaint to clarify the identities of defendants, and to cure other defects (ECF No. 6). The Court gave plaintiff until January 30, 2014 to file an amended complaint. As of February 10, 2014, plaintiff has failed to comply with the Court's order.

1  The Court orders that plaintiff show cause on or before March 7, 2014 why this action
2  should not be dismissed for failure to comply with a court order.  *See* Fed. R. Civ. P. 41(b).
3  Dated this 10th day of February, 2014.

          J. Richard Creatura
          United States Magistrate Judge