UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JEREMIAH DESHAUN ST CHARLES HILL,

   Plaintiff,

   v.

POLICE CHIEF FARRAR.

   Defendant.

CASE NO. C13-6022 RBL-JRC

ORDER

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) The Court dismisses this action with prejudice for failure to prosecute and failure to comply with a Court order. *See* Fed. R. Civ. P. 41(b).

(3) The Court revokes in forma pauperis status for purpose of appeal.

DATED this 14th day of May, 2014.

*(signature)*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1